# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 1 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Joaquin Meza
Name of Supervising Judicial Officer: Wm. Fremming Nielsen, Senior U.S. District Judge
Docket No: 2:16CR00064-WFN-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Joaquin Meza to travel out of the country.

Respectfully submitted by,
s/Curtis G. Hare            January 30, 2019

Curtis G. Hare              Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] Approves travel request
[ ] Denies travel request
[ ] Other

_____
Signature of Judicial Officer

1/31/19
Date